Nos. 04-98-00946-CR, 04-98-000947-CR, and 04-98-00948-CR



Gregory Alan McCLANAHAN, Jr.,


Appellant



v.



The STATE of Texas,


Appellee



From the 216th Judicial District Court, Kerr County, Texas


Trial Court Nos. A97-314, A98-162, and A98-163


Honorable Charles Sherrill, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: April 7, 1999


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss his appeals. The motion is granted, and these appeals are
dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions